UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RYAN ADAM DIXON,<br><br>        Plaintiff,<br><br>  v.<br><br>MATTHEW SCOTT GOGUEN,<br><br>        Defendant. | CASE NO. 2:23-cv-00357-JHC<br><br>ORDER |

      This matter comes before the Court on Plaintiff's Motion for Relief from Judgment Pursuant to Rule 60(b). Dkt. # 16. The Court concludes that relief under Rule 60(b) is not appropriate because Plaintiff has not provided any new information or legal authority to support his contention that RCW 4.28.185(4) may form the basis of a negligence claim. His complaint suffers from the same legal defect that the Court articulated in its prior order dismissing the case. Dkt. # 14. Accordingly, the Court DENIES the motion.

      Dated this 26th day of May, 2023.

*John H. Chun*

John H. Chun
United States District Judge

ORDER - 1